IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 5:06-CR-98 (HL) |
| 5. | : | |
| | : | |
| DEXTER BUTTS | : | |
| and | : | |
| MARCUS FORD | : | |
| _____ | : | |

## **O R D E R**

The Government's Motion for Continuance having been carefully considered, the Court finds that the ends of justice served by the granting of said motion outweigh the best interests of the public and the Defendant to a speedy trial in order to give the Government sufficient time to locate and subpoena essential witnesses for the trial.

IT IS HEREBY ORDERED that the foregoing Motion for Continuance be GRANTED as to all defendants and that the trial in this case be rescheduled to April 9, 2007, at 9:00 a.m. in Macon, Georgia.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161 (h)(3)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED, this 6th day of February, 2007.

**S/   Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 666480